IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| Jonathan Benjamin Whatley, Plaintiff, | * | PRISONER CIVIL RIGHTS 42 U.S.C. § 1983 |
| V. | | |
| Christopher Shea Hovers, et. al. | * | CIVIL ACTION NO. 4:25-CV-41-WMR-JHR |
| Defendants | * | |

FILED IN CLERK'S OFFICE
U.S.D.C. Rome

NOV 04 2026

KEVIN P. WEIMER, Clerk
By: [signature] Deputy Clerk

MOTION FOR UPDATE

Comes now, the above - Styled plaintiff, hereby motions the Honorable Court for an update on Said Case and states the following.

①

On Febuary 21, 2025, the plaintiff filed a Prisoner Civil Rights 42 U.S.C. §1983.

②

On August 18, 2025 an order was filed by the Honorable Courts, ordering the plaintiff to file an amended complaint

within 30 days from Said ordered date.

(3)

On September 12, 2025, the plaintiff filed an amended Complaint.

(4)

On may 7, 2026 a Final order and Report and Recommendation was filed by the Honorable Courts

(5)

The plaintiff filed an objection to Said order and Final Report and Recommendation, being dated May 19, 2026.

The Plaintiff States it has been almost 6 months Since the filing of his objecton and respectfully ask the Honorable Courts for an update on Said Case.

Wherefore, the plaintiff pray that the Honorable Court grant Said motion as the Court deem fair and Just.

This 2nd day of November, 2026.

Respectfully Submitted,

Jonathan Whatley